UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDALL R. PARKER | ) | |
| | ) | |
| v. | ) | No. 3:11-0323 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is the Petitioner's Motion Objecting To The 30 Day Extension Requested By The Government (Docket No. 60). Through the motion, the Petitioner objects to the Court's grant of an extension of time, to April 2, 2012, for the Government to file a response to the Petitioner's pending Motion To Vacate. (See Docket No. 57).

The Objection (Docket No. 60) is DENIED. Petitioner may, however, file a reply to the Government's response. Any reply shall be filed on or before May 2, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE