UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDALL R. PARKER | ) | |
| | ) | |
| v. | ) | No. 3:11-0323 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court are the Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Docket No. 1), a Memorandum Of Law In Support (Docket No. 47), and a Traverse To The Government's Response (Docket No. 80). Petitioner has also asserted claims through amendments to his Motion To Vacate (Docket Nos. 5, 11, 77).

For the reasons set forth below, the Court concludes that the claims made in Petitioner's Motion To Vacate and other filings are DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. <u>Castro v. United States</u>, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

                                                                TODD J. CAMPBELL
                                                                UNITED STATES DISTRICT JUDGE