UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDALL R. PARKER | ) | |
| | ) | |
| v. | ) | No.  3:11-0323 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Pending before the Court are Petitioner's Motion To Amend his Section 2255 Motion (Docket No. 5), and Petitioner's Motion To Amend (Docket No. 77). The Motions are GRANTED.

Also pending before the Court is Petitioner's "Motion Recusal 28 U.S.C. 445" (Docket No. 76).  Through the Motion, Petitioner argues that the Court's Order of May 2, 2012 (Docket No. 73) was biased because the Court allowed the Government to file a reply last.  The Motion is DENIED, as  the Court can fairly adjudicate this case, and is not biased against the Petitioner.  The Petitioner has had ample opportunity to file documents in support of his Section 2255 Motion To Vacate, and as of the date of this Order, the Petitioner had filed over 20 documents in this case.

Also pending before the Court is Petitioner's "Motion Request Magistrate Judge" (Docket No. 78).  Through the Motion, Petitioner objects to an extension of time granted to the Government for filing a brief.  The Motion is DENIED, as the Petitioner has had ample opportunity to file documents in support of his Section 2255 Motion To Vacate, and is not prejudiced by the extension.

Also pending before the Court is Petitioner's Motion For Summary Judgment (Docket No. 81), and the Government's Response (Docket No. 82) thereto.  Through the Motion,

Petitioner contends that the claims he raised in Docket No. 70 should be granted because the Government has not responded to the claims. The Motion is DENIED, as the Government has filed an Answer (Docket No. 79) addressing the claims.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE